UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE Y. ROBINSON,

    Plaintiff,

v.

Case No. 2:13-cv-1055
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 31, 2014. (ECF No. 23.) The time for filing objections has passed, and no objections to the Report and Recommendation have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security pursuant to Sentence 4 of U.S.C. § 405(g) for further consideration of the opinion of plaintiff's treating neurosurgeon.

    **IT IS SO ORDERED.**

_12-2-2014_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE