AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**MICHELLE Y. ROBINSON,**

      **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

                          **CASE NO. 2:13-cv-1055**

**COMMISSIONER OF**           **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**              **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendant.**

____    **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed December 2, 2014, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date: December 2, 2014                             JOHN P. HEHMAN, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk