UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE Y. ROBINSON,

    Plaintiff,

v.

    Case No. 2:13-cv-1055
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 28, 2015. (ECF No. 27.) The time for filing objections has passed, and no objections to the Report and Recommendation have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (ECF No. 26) is **GRANTED** and Plaintiff is **AWARDED** attorney's fees in the amount of $3,162.88.

IT IS SO ORDERED.

3-17-2015
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE